IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN WYLES**                                                                                    **PLAINTIFF**

**v.**                                **CASE NO. 4:19-CV-00708-BSM**

**LUCAS EMBERTON,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE